M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Randy Peterson                          )   W.E. Donaldson
Full name and prison name of            )   Corr. Facility
Plaintiff(s)                            )
                                        )   A.P. HACKETT, CLK
                                        )   DISTRICT COURT
v.                                      )   DISTRICT ALA
                                        )   CIVIL ACTION NO. 1:10-CV-102-ID-WC
                                        )   (To be supplied by Clerk of U.S. District
Andy Hughes                             )   Court)
                                        )
Mark Culver                             )
                                        )
Houston County Board of                 )
Commissioners                           )
Name of person(s) who violated your     )
constitutional rights. (List the names  )
of all the person.)                     )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?       YES ☐      NO ☑

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff (s) _____

            _____

            Defendant(s) _____

        2.  Court (if federal court, name the district; if state court, name the county)

            _____

            _____

SCANNED

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  W. E. Donaldson Corr. Facility - 100 Warrior Lane - Bessemer Alabama 35023

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Houston County Courthouse - Dothan Alabama

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                ADDRESS

1. Andy Hughes         901 E. Main ST Dothan Ala.
2. Mark Culver   Chairman of B.o.C.
3. Board of Commissioners   Houston County Courthouse Dothan Alabama
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  10-06-09

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Breach of Duty / special duty

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

As sheriff of Houston County, Andy Hughes owed the plaintiff a special duty and this duty was broken when A. Hughes created a dangerous situation which lead to plaintiff's injuries. Plaintiff was an inmate under the complete control of sheriff Hughes. Mr. Hughes forced plaintiff (cont.)

GROUND TWO: Negligence

SUPPORTING FACTS: As sheriff (Andy Hughes) and as chairman of the Board of Houston Co Board of Commissions (Mark Culver) they are final policy makers of their respective jobs. And in these duties of policy making, neither individual undertook any action, experiment, nor put forth any effort to make a rational determination (cont.)

GROUND THREE: Wanton Negligence

SUPPORTING FACTS: After plaintiff fell down a flight of stairs due to the negligence of Andy Hughes and Mark Culver on 10-06-09, the plaintiff was again instructed he had to wear the leg brace again the next day 10-07-09. And at the courthouse plaintiff asked to be put on elevator to go to the courtroom on 4th floor but was denied. So after plaintiffs fall and (cont.)

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Allow plaintiff to present any response neccessary on anything defendant files concerning this case. Allow plaintiff subpoena power in order to get any information from defendants, hospital etc... If plaintiff prevails on his suit allow plaintiff (cont.)

Randy Peterson
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1-31-10
(Date)

Randy Peterson
Signature of plaintiff(s)

Ground One Supporting Facts (Cont.)
to wear a leg brace - along with other restraints - and this leg brace locked up causing plaintiff to fall down a flight of steps causing plaintiff to be ambulanced to a medical center where plaintiff was diagnosis with pulled and strained back muscles and other similar problems. Therefore violating plaintiff's fourteenth admendment rights of unjustified intrusions on personal security.

Ground Two Supporting Facts (Cont.)
to whether, in fact climbing and descending stairs while wearing this additional restraint (leg brace) did in fact create such a dangerous situation. Plaintiff had many times complained to the sheriff's deputies about the problem of this leg brace locking and these deputies informed plaintiff that sherrif wasn't going to change the policy.     And as policy maker for county property (courthouse) Mark Culver had the authority to direct, <u>control</u> and maintain said county property as it deemed expedient according to law. And in his negligence he allowed a dangerous situation to be created on county property (courthouse). And in both of their negligence plaintiff was injured thereby violating his 14<u>th</u> admendment rights secured by the U.S. Constitution.

Ground Three Supporting facts (Cont.)
subsequent injuries both defendants in their

wantonness negligence not only refused to revise their respective policies to insure the safety of the plaintiff, they with reckless indifference to plaintiffs injuries the day before forced plaintiff through the same dangerous situation again on 10-07-09 causing plaintiff undue mental and emotional distress. And in their malicious, bad faith manner they once again violated plaintiffs 11th, 14th admendment rights secured by the U.S. Constitution.

to ask for $100,000.00 (one-hundred thousand dollars) for any damages being compensatory, special, punitive etc..., and also have defendants change their respective policies or instruct them to take action to find an alternate way of getting inmates from the ground floor of the courthouse to the upper floors.

Randy Peterson #268515
100 Warrior Lane M-67-A
Bessemer Alabama
35023-7299

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

LEGAL ONLY

$000.61
02 1P   0003058815   FEB 05 2010
MAILED FROM ZIP CODE 35023

Office of the Clerk
United States District Court
P.o. Box 711
Montgomery, Alabama
36101-0711