IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RANDY PETERSON, #268515, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:10-CV-102-WKW |
| ) | |
| ANDY HUGHES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 49), and upon an independent review of the file in this case, it is ORDERED as follows:

(1) the Recommendation is ADOPTED;

(2) the motion for summary judgment (Doc. # 21) is GRANTED;

(3) Plaintiffs' federal claims are DISMISSED with prejudice; and

(4) Plaintiffs state-law claims are DISMISSED without prejudice.

A separate judgment will follow.

DONE this 12th day of August, 2013.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE